IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARK SAWYER,<br>Plaintiff,<br>v.<br>LIFE STORAGE, et al.,<br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br>Case No. 2:25-cv-01164-RJS-CMR<br>Judge Robert J. Shelby<br>Chief Magistrate Judge Cecilia M. Romero |

Before the court is the Plaintiff's motion to proceed *in forma pauperis*[1] and a Report and Recommendation issued by Chief Magistrate Judge Cecilia M. Romero.[2] The Report recommends the court dismiss the case without prejudice.[3]

On December 29, 2025, Plaintiff filed a Complaint bringing claims under Utah Code § 45-2-2 and 42 U.S.C. § 1983.[4] Plaintiff filed the instant Motion the same day.[5] On June 15, 2026, Judge Romero concluded both claims were insufficiently pled and ordered Plaintiff to amend the deficient complaint "no later than July 15, 2026."[6] Judge Romero warned that "[f]ailure to do so may result in dismissal of this action."[7] Plaintiff did not subsequently file an amended complaint,[8] and on August 3, 2026, Judge Romero issued the Report recommending

[1] Dkt. 2, *Application to Proceed in District Court without Prepaying Fees or Costs* (*Motion*).

[2] Dkt. 8, *Report and Recommendation* (*Report*).

[3] *Id.* at 2.

[4] Dkt. 1, *Complaint for Violation of Civil Rights*; *see also* Dkt. 7, *Order to Amend Deficient Complaint* (*Order*) at 3.

[5] *Motion*.

[6] *Order* at 5 (emphasis omitted).

[7] *Id.*

[8] *See Docket*.

the action be dismissed for Plaintiff's failure to prosecute the case or comply with the court's Order.[9]

Federal Rule of Civil Procedure 72 allows parties to file "specific written objections to the proposed findings and recommendations" within fourteen days after being served with a copy of the recommended disposition.[10] When no objections are filed, the Supreme Court has suggested no further review by the district court is required, but neither is it precluded.[11] This court generally reviews unobjected-to report and recommendations for clear error.[12]

The deadline for Plaintiff to object passed on August 17, 2026.[13] Plaintiff has not filed an amended complaint or any objection to the Report.[14] Accordingly, this court reviews the Report for clear error. Having carefully considered the Report, the court determines Judge Romero's conclusions are sound. The court discerns no error.

---

[9] *Report* at 2.

[10] Fed. R. Civ. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1)(C) ("Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court.").

[11] *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("The [Federal Magistrate's Act] does not on its face require any review at all, by either the district court or the court of appeals, of any issue that is not the subject of an objection.").

[12] *See, e.g.*, *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made [to a magistrate judge's report and recommendation], the district court judge reviews those unobjected portions for clear error.") (citations omitted); *see also* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." (citing *Campbell v. U.S. Dist. Court for N. Dist. of Cal.*, 501 F.2d 196, 206 (9th Cir. 1974), *cert. denied*, 419 U.S. 879)).

[13] *See Report*.

[14] *See generally Docket*.

**ORDER**

The court ADOPTS the Report in full[15] and DENIES the Motion as MOOT.[16] The Complaint is DISMISSED without prejudice. The Clerk of Court is directed to close the case.

SO ORDERED this 19th day of August, 2026.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge

[15] Dkt. 8.

[16] Dkt 2.